# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MENDOZA,<br><br>　　　　　　　　　　　Plaintiff,<br>vs.<br>EUROPEAN WHOLESALE<br>COUNTERTOPS & CABINETS, INC. *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 13cv327 DMS (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND** |

　　　The Joint Motion for Remand is granted. This action is remanded to the Superior Court of the State of California for the County of San Diego.

　　　**IT IS SO ORDERED.**

DATED: April 25, 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. DANA M. SABRAW
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 1 -